## WOOD *v.* THE STATE.

APPEAL from the *Dekalb* Common Pleas.

*Per Curiam.*—The judgment in this case is reversed, for the reasons assigned in the next preceding case.

*D. E. Palmer*, for the appellant.

*Oscar B. Hord*, Attorney General, for the State.